**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JAY GUENGERICH, ROGER E. BERRY, SARA D. ERB, TRACI GRANT, STEVEN J. LEIKER, TERESA M. PUETZ, REBECCA OUTLAND, SHASTA OUTLAND, ZOE SHAW, MICHAEL K. SMITH, TAMARA UPTON and JERRY VAN NESS, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No.: |
| EMERALD AEROSPACE, LLC and AHMED BASHIR | )<br>) **FLSA Collective Action**<br>) |
| Defendants. | )<br>) |

## COMPLAINT

Plaintiffs Jay Guengerich, Roger E. Berry, Sara D. Erb, Traci Grant, Steven J. Leiker, Teresa M. Puetz, Rebecca Outland, Shasta Outland, Zoe Shaw, Michael K. Smith, and Tamara Upton and Jerry Van Ness, on behalf of themselves and all others similarly situated, by and through counsel Donald N. Peterson, II, Sean M. McGivern and Nathan R. Elliott of Graybill & Hazlewood, LLC, bring this action for unpaid overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA") and the Kansas Wage Payment Act (K.S.A. 44-313, *et. seq.*) against defendants Emerald Aerospace, LLC and Ahmed Bashir.

## Parties

1. Plaintiffs Jay Guengerich, Roger E. Berry, Sara D. Erb, Traci Grant, Steven J. Leiker, Teresa M. Puetz, Rebecca Outland, Shasta Outland, Zoe Shaw, Michael K. Smith, Tamara

Upton and Jerry Van Ness are citizens of the State of Kansas. Plaintiffs' Consents to Join this FLSA collective action are attached as Exhibits A-L.

2. Plaintiffs are individuals who were employed by defendants in various capacities and who were not paid in accordance with the overtime pay provisions of the FLSA.

3. Defendant Emerald Aerospace, LLC ("Emerald") is a Kansas limited liability company office is at 3800 S Oliver St, Wichita, KS 67210. Emerald may be served by service upon its registered agent: Ahmed Bashir, 4147 S Oliver St, Bldg. 056G, Wichita, KS 67210.

4. Defendant Ahmed Bashir is an individual who owns a majority of the shares of Emerald and who at all relevant times had operational control over all payroll decisions.

## Jurisdiction and Venue

5. This Court has jurisdiction over the claims presented in this lawsuit pursuant to 28 U.S.C. § 1331, 29 U.S.C. § 216(b), and 28 U.S.C. § 1367.

6. Venue in this Judicial District is proper pursuant to 28 U.S.C. § 1391(b) and (c) because all defendants reside in this Judicial District, and the events and omissions giving rise to these claims occurred in this District.

## Facts

7. Emerald is a corporation involved in retrofitting aircraft with luxury accommodations for wealthy purchasers. Emerald presently is not actively operating.

8. Emerald employed each plaintiff and beginning in the third quarter of calendar year 2016 ceased paying each employee. Emerald and Bashir encouraged employees to continue working and promised that it would get them paid.

9. Because all of the plaintiffs are former employees who have not been paid for their work, they are properly joined into this single case. There are no exemptions to the FLSA

applicable for weeks when plaintiffs were not paid at all, because the salary basis test requires actual payment of salary.  Thus, all plaintiffs were subject to the same common policy (complete failure to pay) and the same legal rules will apply to all of them.

10. Plaintiff Jay Guengerich resides in the City of Wichita.  He worked for Emerald as a flight line mechanic.  Emerald failed to pay plaintiff Jay Guengerich $6,723.08 in earned wages.

11. Plaintiff Roger Berry resides in the City of Wichita.  He worked for Emerald doing logistics.  Emerald failed to pay plaintiff Roger Berry $9,257.70 in earned wages.

12. Plaintiff Sara Erb resides in the City of Mulvane.  She worked for Emerald as an Executive Assistant and HR Manager.  Emerald failed to pay plaintiff Sara Erb $2,307.69 in earned wages.

13. Plaintiff Traci Grant resides in the City of Andover.  She worked for Emerald as a facilities manager.  Emerald failed to pay plaintiff Grant $17,500.00 in earned wages.

14. Plaintiff Steve Leiker resides in the City of Haysville.  He worked for Emerald in the tool crib.  Emerald failed to pay plaintiff Leiker $6,841.03 in earned wages.

15. Plaintiff Teresa Puetz resides in the City of Wichita.  She worked for Emerald as an electrical lead.  Emerald failed to pay plaintiff Puetz $6,723.08 in earned wages.

16. Plaintiff Rebecca Outland resides in the City of Wichita.  She worked for Emerald doing administrative records work.  Emerald failed to pay plaintiff Rebecca Outland $2,076.92 in earned wages.

17. Plaintiff Shasta Outland resides in the City of Wichita.  She worked for Emerald doing finance work.  Emerald failed to pay plaintiff Shasta Outland $4,166.66 in earned wages.

18. Plaintiff Zoe Shaw resides in the City of Derby.  She worked for Emerald as an administrative assistant.  Emerald failed to pay plaintiff Shaw $1,211.54 in earned wages.

19. Plaintiff Mike Smith resides in the City of Rose Hill. He worked for Emerald as an electrical lead. Emerald failed to pay plaintiff Smith $6,723.08 in earned wages.

20. Plaintiff Tamara Upton resides in the City of Wichita. She worked for Emerald as a planner. Emerald failed to pay plaintiff Upton $3,204.47 in earned wages.

21. Plaintiff Jerry Van Ness resides in the City of Haysville. He worked for Emerald as a quality assurance shipping and receiving inspector. Emerald failed to pay plaintiff Van Ness $6,958.97 in earned wages.

### *Failure to Pay Minimum Wage*

22. Plaintiffs incorporate by reference the prior paragraphs of this Complaint.

23. Plaintiffs were each involved with commerce and the production of goods for interstate and even international commerce.

24. Emerald is an employer covered by the FLSA and subject to the minimum wage and overtime requirements of the FLSA because it is an enterprise engaged in commerce or in the production of goods for interstate and international commerce.

25. By failing to pay plaintiffs at all during the subject weeks, Emerald failed to pay minimum wage during those pay periods. Defendants therefore are liable for all remedies available from a minimum wage violation, including but not limited to unpaid wages, liquidated damages and attorney fees.

### *Failure to Pay Overtime*

26. Plaintiffs incorporate by reference the prior paragraphs of this Complaint.

27. Some of the earned wages by plaintiffs were the result of having worked more than 40 hours in a pay period such that there are overtime wages due under the FLSA.

28. The following plaintiffs contend they worked more than 40 hours in one or more weeks and were not paid by Emerald: Sara Erb and Jerry Van Ness.

29. Defendants therefore are liable for all remedies available from a failure to pay overtime due under the FLSA, including but not limited to unpaid wages, liquidated damages and attorney fees.

### Kansas Wage Payment Act

30. Plaintiffs incorporate by reference the prior paragraphs of this Complaint.

31. Defendants' failure to pay earned wages constitutes a violation of the Kansas Wage Payment Act, K.S.A. 44-313, et. seq.

32. Under the KWPA, defendants are liable for all unpaid wages and other appropriate remedies.

### Prayer for Relief

33. Plaintiffs pray for relief and judgment against Defendants, as follows:

   A. Judgment for all unpaid earned wages, including overtime;

   B. liquidated damages and penalties;

   C. All costs, expenses, and attorneys' fees incurred; and,

   D. Such other and further relief as allowed by law and as the Court may deem just and appropriate.

**Plaintiffs Jay Guengerich, Roger E. Berry, Sara D. Erb, Traci Grant, Steven J. Leiker, Teresa M. Puetz, Rebecca Outland, Shasta Outland, Zoe Shaw, Michael K. Smith, Tamara Upton and Jerry Van Ness demands a trial by jury.**

**Plaintiffs Jay Guengerich, Roger E. Berry, Sara D. Erb, Traci Grant, Steven J. Leiker, Teresa M. Puetz, Rebecca Outland, Shasta Outland, Zoe Shaw, Michael K. Smith, Tamara Upton and Jerry Van Ness designates Wichita, Kansas as the place of trial.**

Dated: March 5, 2018

              GRAYBILL & HAZLEWOOD, LLC

                s/Donald N. Peterson, II
              Donald N. Peterson, II, #13805
              Sean M. McGivern, #22932
              Nathan R. Elliott, #24657
              218 N Mosley St
              Wichita, KS 67202
              Telephone: (316) 266-4058
              Fax: (316) 462-5566
              sean@graybillhazlewood.com
              don@graybillhazlewood.com
              nathan@graybillhazlewood.com
              ***Attorneys for Plaintiffs***