**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JAY GUENGERICH, ROGER E. BERRY, SARA D. ERB, TRACI GRANT, STEVEN J. LEIKER, TERESA M. PUETZ, REBECCA OUTLAND, SHASTA OUTLAND, ZOE SHAW, MICHAEL K. SMITH, TAMARA UPTON, JERRY VAN NESS, and TERRY CLAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMERALD AEROSPACE, LLC and AHMED BASHIR<br><br>Defendants. | Case No.: 6:18-cv-1071-JWB-GEB<br><br>**FLSA Collective Action** |

### ORDER OF DEFAULT JUDGMENT

Now on this 26th day of March, 2019, the Court makes the following findings and rulings:

1. On March 3, 2018, Plaintiffs filed their First Amended Complaint. It alleged that each of the plaintiffs was an employee of Emerald Aerospace, LLC and that Ahmed Bashir established pay policies. It further alleged that each plaintiff performed services but was never paid.

2. Both defendants were properly served with a summons and the Complaint. The Clerk has issued an Order of Default regarding both defendants. Thus, defendants have admitted the allegations in the Complaint.

3. The Complaint alleged:

a. Plaintiff Jay Guengerich resides in the City of Wichita. He worked for Emerald as a flight line mechanic. Emerald failed to pay plaintiff Jay Guengerich $6,723.08 in earned wages.

b. Plaintiff Roger Berry resides in the City of Wichita. He worked for Emerald doing logistics. Emerald failed to pay plaintiff Roger Berry $9,257.70 in earned wages.

c. Plaintiff Sara Erb resides in the City of Mulvane. She worked for Emerald as an Executive Assistant and HR Manager. Emerald failed to pay plaintiff Sara Erb $2,307.69 in earned wages.

d. Plaintiff Traci Grant resides in the City of Andover. She worked for Emerald as a facilities manager. Emerald failed to pay plaintiff Grant $17,500.00 in earned wages.

e. Plaintiff Steve Leiker resides in the City of Haysville. He worked for Emerald in the tool crib. Emerald failed to pay plaintiff Leiker $6,841.03 in earned wages.

f. Plaintiff Teresa Puetz resides in the City of Wichita. She worked for Emerald as an electrical lead. Emerald failed to pay plaintiff Puetz $6,723.08 in earned wages.

g. Plaintiff Rebecca Outland resides in the City of Wichita. She worked for Emerald doing administrative records work. Emerald failed to pay plaintiff Rebecca Outland $2,076.92 in earned wages.

    h.  Plaintiff Shasta Outland resides in the City of Wichita. She worked for Emerald doing finance work. Emerald failed to pay plaintiff Shasta Outland $4,166.66 in earned wages.

    i.  Plaintiff Zoe Shaw resides in the City of Derby. She worked for Emerald as an administrative assistant. Emerald failed to pay plaintiff Shaw $1,211.54 in earned wages.

    j.  Plaintiff Mike Smith resides in the City of Rose Hill. He worked for Emerald as an electrical lead. Emerald failed to pay plaintiff Smith $6,723.08 in earned wages.

    k.  Plaintiff Tamara Upton resides in the City of Wichita. She worked for Emerald as a planner. Emerald failed to pay plaintiff Upton $3,204.47 in earned wages.

    l.  Plaintiff Jerry Van Ness resides in the City of Haysville. He worked for Emerald as a quality assurance shipping and receiving inspector. Emerald failed to pay plaintiff Van Ness $6,958.97 in earned wages.

    m.  Plaintiff Terry Clain resides in the City of Wichita. He worked for Emerald as a Training Manager. Emerald failed to pay plaintiff Claim $7,076.92 in earned wages

4. Defendant is in default as to the above specific allegations and judgment for each plaintiff in the respective amounts is therefore appropriate.

5. The failure to pay wages constitutes a violation of the Kansas Wage Payment Act, K.S.A. 44-313, et. seq.  Under K.S.A. 44-315(b), the failure to pay wages is subject to a penalty of 1% per day, up to a maximum penalty equal to the unpaid wage.  Because

more than 100 days have passed, each plaintiff is entitled to a penalty equal to the unpaid wage. This can be calculated simply based on the defaulted amounts, above.

6. The failure to pay wages resulted in a breach of the Fair Labor Standards Act regarding minimum wages. Breach of the FLSA subjects the defendants to liability for reasonable attorneys' fees.

7. Plaintiffs seek an award of appropriate attorney fees and costs in the amount of $7,331.60. In support of the request for attorney fees and costs, plaintiff's counsel has supplied a declaration and a fee bill. The Court finds the requested costs and fees to be reasonable.

NOW THEREFORE IT IS BY THE COURT ORDERED, ADJUDGED, AND DECREED that (Doc. 20) Motion for Default Judgment is granted, and that a judgment against defendants Emerald Aerospace, LLC and Ahmed Bashir in favor of the Plaintiffs for the following amounts:

   a. Plaintiff Jay Guengerich: $6,723.08 in earned wages, $6,723.08 in penalty, for a total of $13,446.16 (plus reasonable costs and attorney fees).

   b. Plaintiff Roger Berry: $9,257.70 in earned wages, $9,257.70 in penalty, for a total of $18,515.40 (plus reasonable costs and attorney fees).

   c. Plaintiff Sara Erb: $2,307.69 in earned wages; $2,307.69 in penalty, for a total of $4,615.38. (plus reasonable costs and attorney fees).

   d. Plaintiff Traci Grant: $17,500.00 in earned wages, $17,500.00 in penalty, for a total of $35,000.00 (plus reasonable costs and attorney fees).

   e. Plaintiff Steve Leiker: $6,841.03 in earned wages, $6,841.03 in penalty, for a total of $13,682.06 (plus reasonable costs and attorney fees).

    f.   Plaintiff Teresa Puetz: $6,723.08 in earned wages; $6,723.08 in penalty, for a total of $13,446.16 (plus reasonable costs and attorney fees).

    g.  Plaintiff Rebecca Outland: $2,076.92 in earned wages, $2,076.92 in penalty, for a total of $4,153.84 (plus reasonable costs and attorney fees).

    h.  Plaintiff Shasta Outland: $4,166.66 in earned wages, $4,166.66 in penalty, for a total of $8,333.32 (plus reasonable costs and attorney fees).

    i.   Plaintiff Zoe Shaw: $1,211.54 in earned wages, $1,211.54 in penalty, for a total of $2,423.08 (plus reasonable costs and attorney fees).

    j.   Plaintiff Mike Smith: $6,723.08 in earned wages, $6,723.08 in penalty, for a total of $13,446.16 (plus reasonable costs and attorney fees).

    k.  Plaintiff Tamara Upton: $3,204.47 in earned wages, 3,204.47 in penalty, for a total of $6,408.94 (plus reasonable costs and attorney fees).

    l.   Plaintiff Jerry Van Ness: $6,958.97 in earned wages $6,958.97 in penalty, for a total of $13,917.94 (plus reasonable costs and attorney fees).

    m.  Plaintiff Terry Clain: $7,076.92 in earned wages, $7,076.92 in penalty, for a total of $14,153.84 (plus reasonable costs and attorney fees).

    n.  Costs in the amount of $762.60

    o.  Attorney fees in the amount of $6,569.00.

IT IS SO ORDERED

                                          s/ John W. Broomes
                                          JOHN W. BROOMES
                                          UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

     s/Donald N. Peterson, II
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
Nathan R. Elliott, #24657
218 N Mosley St
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
don@graybillhazlewood.com
nathan@graybillhazlewood.com
***Attorneys for Plaintiffs***